David T. Biderman (Cal. Bar No. 101577)
DBiderman@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Charles C. Sipos (*pro hac vice*)
CSipos@perkinscoie.com
Lauren Watts Staniar (*pro hac vice*)
LStaniar@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
GENERAL MILLS, INC.
ANNIE'S HOMEGROWN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ANNIE'S MAC & CHEESE LITIGATION | Lead Case No. 3:21-cv-02415-EMC |
| This Document Relates To:<br>ALL ACTIONS. | (Consolidated with No. 4:21-cv-02418 and 3:21-cv-02462)<br><br>Hon. Edward M. Chen |

156930514.1

**NOTICE OF WITHDRAWAL**

TO: All Counsel of Record

Clerk of the Court

PLEASE TAKE NOTICE that Lauren W. Staniar withdraws as counsel for ANNIE'S HOMEGROWN, INC. and GENERAL MILLS, INC. Defendants will continue to be represented by the other Perkins Coie LLP attorneys who have filed notices of appearance in this case. Pleadings, communications, notices, and other documents related to the above-referenced matter should be sent to these Perkins Coie LLP attorneys.

DATED: May 18, 2022                     **PERKINS COIE LLP**

By: */s/ Lauren Watts Staniar*
David T. Biderman (Cal. Bar No. 101577)
DBiderman@perkinscoie.com
Charles C. Sipos (*pro hac vice*)
CSipos@perkinscoie.com
Lauren W. Staniar (*pro hac vice*)
LStaniar@perkinscoie.com

Attorneys for Defendants
ANNIE'S HOMEGROWN, INC.
GENERAL MILLS, INC.

156930514.1

156930514.1