**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596
Phone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman
Janine L. Pollack (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
745 Fifth Avenue, Suite 500
New York, New York 10151
Phone: (917) 983-2707
Facsimile: (888) 421-4173
Email: lfeldman@4-justice.com
Email:  jpollack@4-justice.com
Email:  mliskow@4-justice.com
E-Service: eservice@4-justice.com

*Attorneys for Plaintiffs*

*(Additional Counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ANNIE'S MAC & CHEESE LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Lead Case No. 3:21-cv-02415-EMC<br><br>(Consolidated with No. 4:21-cv-02418 and 3:21-cv-02462)<br><br>Hon. Edward M. Chen<br><br>**PARTIES' JOINT CASE MANAGEMENT STATEMENT** |

1   Plaintiffs Kathryn McCarthy, Jessica Nicodemo, Christina Angelos and Michelle deVera ("Plaintiffs") and Defendants Annie's Homegrown, Inc. and General Mills, Inc. ("Defendants") (collectively, the "Parties") hereby submit this Joint Case Management Statement pursuant to the Court's December 2, 2024 Notice (ECF No.71) and to advise the Court of ongoing proceedings in *Franklin v. General Mills, Inc.*, 2:21-cv-01781 (E.D.N.Y) ("*Franklin*"), in light of the October 26, 2021, stay order currently in place in this action. *See* ECF No. 44.

Since the Parties last updated the Court, the motion to dismiss in the *Franklin* matter is now fully briefed and pending before the court. The Parties propose notifying the court within one week of a decision on the motion to dismiss in *Franklin*. In the interim, the Parties jointly request that the Court adjourn the Case Management Conference currently scheduled for February 18, 2025 while this case remains subject to a stay.

Dated:  February 11, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s/   L. Timothy Fisher
 L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA  94596
Phone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

Lori G. Feldman
Janine L. Pollack (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
**GEORGE FELDMAN MCDONALD, PLLC**
745 Fifth Avenue, Suite 500
New York, New York 10151
Phone: (917) 983-2707
Facsimile: (888) 421-4173
Email:  lfeldman@4-justice.com
Email:  jpollack@4-justice.com
Email:  mliskow@4-justice.com
E-Service: eservice@4-justice.com

David J. George
Brittany L. Brown

|   |   |
|---|---|
| 1 | **GEORGE FELDMAN MCDONALD, PLLC** |
| 2 | 9897 Lake Worth Road, Suite #302<br>Lake Worth, FL 33467 |
| 3 | Phone: (561) 232-6002<br>Facsimile: (888) 421-4173 |
| 4 | Email: dgeorge@4-justice.com<br>Email: bbrown@4-justice.com |
| 5 | E-Service: eservice@4-justice.com |
| 6 | **GEORGE FELDMAN MCDONALD, PLLC** |
| 7 | Rebecca A. Peterson (State Bar No. 241858)<br>1650 W. 82nd St., Suite 880 |
| 8 | Bloomington, MN 55431<br>Telephone: (612) 778-9595 |
| 9 | rpeterson@4-justice.com<br>eservice@4-justice.com |
| 10 |   |
| 11 | *Counsel for Plaintiffs* |
| 12 | By: /s/ Charles C. Sipos<br>Charles C. Sipos (State Bar No. 348801) |
| 13 | Carrie Akinaka (State Bar No. 324284)<br>**PERKINS COIE LLP** |
| 14 | 1201 Third Avenue, Suite 4900<br>Seattle, WA 98101 |
| 15 | Phone: (206) 359-8000<br>Facsimile: (206) 359-9000 |
| 16 | Email: csipos@perkinscoie.com |
| 17 | Email: cakinaka@perkinscoie.com |
| 18 | David T. Biderman (State Bar No. 101577) |
| 19 | **PERKINS COIE LLP**<br>505 Howard Street, Suite 1000 |
| 20 | San Francisco, CA 94105<br>Phone: (415) 344-7000 |
| 21 | Facsimile: (415) 344-7050<br>Email: dbiderman@perkinscoie.com |
| 22 |   |
| 23 | *Counsel for Defendants*<br>*Annie's Homegrown, Inc. and* |
| 24 | *General Mills, Inc.* |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

JOINT CASE MANAGEMENT STATEMENT   2
LEAD CASE NO. 3:21-CV-02415-EMC

**SIGNATURE ATTESTATION**

I, L. Timothy Fisher, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained by all signatories.

*/s/ L. Timothy Fisher*
L. Timothy Fisher